## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires; Now, therefore, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Joseph N. Laplante, United States District Judge for the District of New Hampshire, who was selected in accordance with the United States District Court for the District of New Hampshire's random case assignment procedures, to sit upon the United States District Court for the District of Massachusetts to preside over the case of <u>Lu v. Saylor, et al.</u>, Case No. 22-cv-11106, until the case has been concluded, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

Chief Judge

Dated: July 19, 2022
First Circuit