UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Friedrich Lu, Plaintiff )
v )  Civil Action No 22-11106
F Dennis Saylor IV, et al, Defendants )

PLAINTIFF'S REQUEST TO *CLERK* FOR ENTRY OF DEFAULT
AGAINST BUDD AND GEORGES

(1) On July 28, 2022 plaintiff Friedrich Lu emailed a copy of process (complaint and summons) each to defendants Kimberly S Budd and Serge Georges, Jr, who are in the employ of Massachusetts, to office of attorney general (AGO) of the Commonwealth. The office acknowledged with a form receipt, which is attached as Exhibit A.

(2) For as long as one can remember, AGO has waived *service* of process on a Commonwealth employee. These two defendants have not opted out of this custom or usage. See *Blair* v *City of Worcester* (CA1 2008) 522 F.3d 105, 114 ("the circumstantial evidence adduced by the plaintiffs gives rise to a permissible inference that the defendant officers, in the past, authorized [named persons] to act as their agent for service of process").

(3) WHEREFORE Lu applies to clerk to forthwith enter default for these two ~~sets of~~ defendants., under Rule 55(a).

Plaintiff:   Friedrich Lu, pro se
Date:        August 26, 2022
Email address: chi2flu@gmail.com
Address:     ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112

Thank you for contacting the Office of Attorney General Maura Healey    Exhibit A
4:53 PM                                                                  Thu, Jul 28,

ago (AGO)
to me

Thank you for contacting the Office of Attorney General Maura Healey. I am writing to acknowledge receipt of a recent message you sent to the Office. If you are looking to reach a specific staff member or division please call the Attorney General's Office at 617-727-2200 and a live operator may be able to direct you.

If you wish to file a complaint with our office you may go to our website at www.mass.gov/ago and file an online complaint. Please be advised that the Attorney General's Office cannot accept complaints via email, in order for your complaint to be recorded and processed a complaint form must be filled out.

Even when we are unable to offer assistance, we make note of every complaint received. We may also refer your concern to a different state or federal agency that, in our estimation, may better address your situation.

As always, thank you for contacting our Office.

Constituent Services Coordinator
Community Engagement Division
Office of Attorney General Maura Healey
One Ashburton Place
Boston, MA 02108
ago@state.ma.us