To: Clerk, U.S. Dist Ct (Mass.)
From: Friedrich Lu, pro se
Date: Aug 26, 2022
Email: chi2flu@protn.com
Re: Lu v Saylor, U.S. Dist Ct of D.(Mass.), No 22-cv-11106

(1) Yesterday, for the first time I received an email notification of a docket entry (notice of appearance on behalf of defendant Timothy Harrington).

(2) You do not have to. As Fed Rule Civ Proc 77 requires a clerk to serve copy of an order (only). I believe that neither rule requires a clerk to serve a copy of notice of appeal. Harrington did not send a copy of notice of appearance to me, but that was his problem.

(3) Email notice of docket entry is **no** substitute for mail(ing) in my case, because email notice carries only docket entry, not the text of any. To date, for example, I still do not know how the New Hampshire District Judge was assigned to this case, and who made the assignment.