FILED
IN CLERKS OFFICE

2022 AUG 26 PM 2: 17

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

Friedrich Lu, Plaintiff                )    Civil Action No 22-11106
v                                       )
F Dennis Saylor IV, et al, Defendants   )

PLAINTIFF'S WITHDRAWAL OF PART OF MOTION
TO RESET CLOCK FOR SERVICE OF PROCESS

(1)   On Aug 11, 2022 plaintiff Friedrich Lu filed *Motion to Direct Clerk to Serve Every Order on Lu Retroactively and Reset Clock for Service of Process*. Now Lu requests withdrawal the second part of said motion, in that he had a mistake: Lu did receive blank summonses on July 26, not Aug 3, 2022.

(2)   What really happened was as followed. Lu saw the docket entry of July 19, 2022 (Docket # 3), indicating the assignment of a judge. On July 26, Lu went to the courthouse to request additional summonses. Then and there, clerk's office handed Lu a manila envelope with summonses inside. Apparently right after, that office entered a notation (Docket # 5) saying summonses were issued, followed by a statement: "Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service."

(3)   Perhaps the quotation is cut and pasted from somewhere, but that confused Lu into believing that he was not handed the summonses until Aug 3 [when Lu went to courthouse again]. But his electronic service of process on two defendants contradicts Lu's memory.

Plaintiff:       Friedrich Lu, pro se   /s/
Date:            August 25, 2022
Email address: chi2flu@gmail.com
Address:         ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112