UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Friedrich Lu, Plaintiff )  Civil Action No 22-11106
v )
F Dennis Saylor IV, et al, Defendants )

PLAINTIFF'S MOTION TO DISQUALIFY AND
UNSEAT JUDGE LAPLANTE FOR LACK OF OR IMPROPER ASSIGNMENT

(1)     For "personal bias or prejudice," plaintiff Fiedrich Lu moves to disqualify district judge Joseph Laplante pursuant to 28 USC § 144.

(2)     In addition, there was no way a circuit judge, much less chief circuit judge, of the First Circuit might have assigned Laplante from United States District Court for the District of New Hampshire to this court (in Massachusetts). Therefore, Lu moves to unseat Laplante, J.

(3)     Assuming the assignment was improper -- as opposed to lacking -- Laplante is supposed to travel to and sit in this (Massachusetts) court to preside over this case.

(4)     Section 144 dictates "another judge shall be assigned to hear such proceeding." Inasmuch as all judges in this court have disqualified themselves in this case, Laplante, J, ought to return the case so that Judicial Conference may assign a district judge *outside* the circuit.

(5)     Memorandum of law follows.

Plaintiff:     Friedrich Lu, pro se
Date:          ~~September~~ 8, 2022
Email address: chi2flu@gmail.com
Address:       % St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112

Under penalty of perjury, Lu certifies that a copy of this document together with memorandum is served by hand on the same day on office of United States attorney (Boston).