From: Friedrich Lu, pro se plaintiff
Date: December 27, 2022
Email: chi2flu@gmail.com
Re: Lu v Saylor, US Dist Ct (D.Mass.)
No. 22-cv-11106

NOTICE OF SERVICE OF CROSS-MOTION

under Fed Rule Civ Proc 11, today, with opposition, on defendants' motion to dismiss.

FILED
IN CLERKS OFFICE
2022 DEC 27 PM 12:06
U.S. DISTRICT COURT
DISTRICT OF MASS.