FILED
IN CLERKS OFFICE

2023 FEB 23 AM 9: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Friedrich Lu, Plaintiff | ) | Civil Action No 22-11106 |
| v | ) | |
| F Dennis Saylor IV, et al, Defendants | ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE THE REPLY TO OPPOSITION TO MOTION TO DISMISS AND CROSS-MOTION FOR SANCTIONS

On Feb 22, 2023 federal defendants filed "Objection" to plaintiff Friedrich Lu's opposition *and* cross-motion for Rule 11 sanction (served electronically on Dec 27, 2022 *et seq*).

Lu moves to file Reply to the Objection.

Plaintiff:     Friedrich Lu, pro se
Date:          February 23, 2023
Email address: chi2flu@gmail.com
Address:       ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112
Under penalty of perjury, Lu on the same day electronically serves a copy of this document on AUSA McCormack.

FILED
IN CLERKS OFFICE
2023 FEB 23  AM 9: 32
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Friedrich Lu, Plaintiff ) | Civil Action No 22-11106 |
| v ) | |
| F Dennis Saylor IV, et al, Defendants ) | |

### PLAINTIFF'S REPLY TO FEDERAL DEFENDANTS' OPPOSITION TO MOTION TO DISMISS AND CROSS-MOTION FOR SANCTIONS

(1)     On Feb 22, 2023 federal defendants filed "Objection" to plaintiff Friedrich Lu's opposition *and* cross-motion for Rule 11 sanction (served electronically on Dec 27, 2022 *et seq*). The companion *Memorandum of Law in Support* asserts both defects in serving said paper of Lu's and inaneness of that paper. Lu now opposes.

(2)
(a)     As a preliminary matter, *Memorandum* 1 insists that a Rule 11 notion be "separately from any other motion [and] not simply * * * as an additional prayer for relief contained in another motion." Lu's cross-motion did not contravene the admonition of advisory committee, as there was no joinder of the cross-motion with a *motion*. Defendants are silly.

(b)     A major procedural defect federal defendants asserts in Memorandum 2 goes like this:

> "Service by email is only proper where the party being served has consented in writing to such service. Fed Rule Civ Proc 5(b)(2)(E). In this case, undersigned counsel has never agreed in writing to accept service by electronic mail. Plaintiff therefore failed to serve his Rule 11 [cross-]motion

The averment meets the same fate as the next -- lack of authorities. Federal defendants, as defendants (as opposed to judges in their day job holding court), do not interpret law.

(3)     At last, *Memorandum* 4 makes bald-faced (and bare-bones, without argument much less authorities) contention that even absent procedural defects listed above, Lu's cross-motion "fails to allege any violation of Rule 11(b) whatsoever." The statement falls on its own sword -- for failure to flesh out the argument.

Plaintiff: Friedrich Lu, pro se
Date: February 23, 2023
Email address: chi2flu@gmail.com
Address: ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112
Under penalty of perjury, Lu on the same day electronically serves a copy of this document on AUSA McCormack.